**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 275 MAL 2021

            Respondent                  :

                                           :   Petition for Allowance of Appeal

             v.                        :   from the Order of the Superior Court

                                           :

FREDERICK BERGER III,                :

             Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  Further, the Application for Leave to file Amicus Brief is **DENIED** as moot.